# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VONNESSIA L. WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-132

[November 7, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562017CF000278A.

Antony P. Ryan, Regional Counsel, and Paul O' Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***